**In re Petition for DISCIPLINARY ACTION AGAINST Kim L. HANSON, an Attorney at Law of the State of Minnesota.**

**No. C5–98–1096.**

Supreme Court of Minnesota.

July 8, 1998.

### ORDER

WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed a petition seeking a temporary suspension of respondent Kim L. Hanson from the practice of law pending final disposition of disciplinary proceedings against respondent; and

WHEREAS, the Director set out sufficient grounds for such a suspension and there has been no answer by respondent,

IT IS HEREBY ORDERED that respondent Kim L. Hanson is temporarily suspended from the practice of law pending final disposition of disciplinary proceedings.

BY THE COURT:

/s/ Alan C. Page
Alan C. Page
Associate Justice